598 January 29, 2025 No. 70

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DONALD LEE MILLER,
*Defendant-Appellant.*

Linn County Circuit Court
17CR01061; A180935

Thomas McHill, Judge.

Submitted December 20, 2024.

G. Aron Perez-Selsky and Michael J. Wallace filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Christopher A. Perdue, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, Egan, Judge, and Hellman, Judge.

PER CURIAM

Affirmed. *State v. Stevens*, 329 Or App 118, 540 P3d 50 (2023), *rev den*, 372 Or 437 (2024).